COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| HIGHLANDS REGIONAL | § | No. 08-10-00294-CV |
| REHABILITATION HOSPITAL, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 448th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| ALICIA BAILON, | § | |
| | | (TC # 2009-4686) |
| Appellee. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). According to the motion, the parties have resolved the litigation in the underlying case. The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

February 23, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.